**MARTIN R. COHEN, ATTORNEY AT LAW**, OSB # 77023
mcpdx@aol.com
P.O Box 1229
4040 Douglas Way
Lake Oswego, OR 97035
Voice: (503)635-5805
Fax: (503) 635-5903

**LINDA S. ZISKIN, ATTORNEY AT LAW**, OSB # 01106
ziskinlaw@comcast.net
3 Monroe Parkway, Suite P, PMB #323
Lake Oswego, OR 97035
Voice: (503) 889-0472
Fax:   (503) 210-0295
 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JEFFERY SCHOESSLER**, | CV # 05-900-TC |
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| **COMMISSIONER of Social Security**, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the

ORDER FOR EAJA FEES  -1

amount of $4587.44 shall be awarded to Plaintiff' attorney, Martin Cohen, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412. There are no costs or expenses to be paid herein.

DATED this __11__ day of July, 2006.

                                        HON. THOMAS M. COFFIN
                                        UNITED STATES DISTRICT JUDGE

Presented by:

/s/_____
**LINDA ZISKIN,** OSB # 01106
(503) 889-0472
Of Attorneys for Plaintiff

ORDER FOR EAJA FEES -2